1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND ASSOCIATES**
3 | A PROFESSIONAL LAW CORP.
    1055 Lincoln Avenue
4 | Post Office Box 5025
    San Jose, California 95150-5025
5 | Telephone: (408) 295-7755
6 | Facsimile: (408) 295-7444

7 | /as

8 | Attorney for Plaintiff

9 |

10 |              UNITED STATES DISTRICT COURT

11 |              NORTHERN DISTRICT OF CALIFORNIA

12 |

13 | FREDDIE A. MOORE,              ) No.: C06-02352 MHP
                                    )
14 |          Plaintiff,             )
                                    )
15 |                                )
16 | v.                             ) STIPULATION AND ORDER FOR
                                    ) DISMISSAL
17 |                                )
    JO ANNE B. BARNHART,            )
18 | Commissioner, Social Security  )
    Administration,                 )
19 |                                )
                                    )
20 |          Defendant.             )
                                    )
21 |

22 |     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
23 | matter be dismissed in its entirety without prejudice. Each party shall bear their own
24 | attorney's fees and costs.
25 |
26 |
27 |
28 |

                                      1
STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney
```

Dated: October 30, 2006                 /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney


Dated:  October 30, 2006                /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        FREDDIE A. MOORE

IT IS SO ORDERED.


Dated:  __11/3/06_____             _____
                                        HON. MARILYN H. PATEL
                                        United States District Judge

STIPULATION AND ORDER                        2